District Court of the United States for the Eastern District of Wisconsin. October 20, 1927. Dismissed on motion of *Messrs. Herman S. Ekern, Eugene Wengert* and *Daniel W. Sullivan* for appellants. *Messrs. Wm. A. Hayes* and *Samuel Cady* for appellees.

---

No. 56. PRODUITS METALLURGIQUES ANCIENS ETABLISSEMENTS MEIBOOM & CIE, SOCIETE ANONYME, *v.* GULF EXPORT & TRANSPORTATION COMPANY. On writ of certiorari to the Supreme Court of the State of New York. October 20, 1927. Dismissed pursuant to Rule 19, on motion of *Mr. E. Curtis Rouse* for the respondent. *Mr. Henry G. Gray* for petitioner.

---

No. 383. E. DITTBURNER *v.* THE STATE OF TENNESSEE. Error to the Supreme Court of the State of Tennessee. October 27, 1927. Dismissed pursuant to Rule 19. *Messrs. Charles M. Bryan* and *Arthur G. Brode* for plaintiff in error. *Mr. L. D. Smith* for defendant in error.

---

No. 107. UNITED STATES *v.* UNITED CIGAR STORES COMPANY OF AMERICA. On writ of certiorari to the Court of Claims. October 31, 1927. Dismissed and mandate granted on motion of *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. A. W. Gregg,* General Counsel, Bureau of Internal Revenue, for the United States. *Messrs. S. M. Stroock, C. C. Carlin,* and *M. Carter Hall* for respondent.

---

No. 437. JOHN HOWELL *v.* GEORGIA. Error to the Supreme Court of the State of Georgia. November 21, 1927. Dismissed with costs on motion of *Mr. W. A. McClellan* for plaintiff in error. No appearance for defendant in error.